

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 18-47-M-JCL |
| SUBJECT PREMISES 1 – 1348 Bulwer Street, Missoula, MT 59802 | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 9th day of August, 2018.

Jeremiah C. Lynch
United States Magistrate Judge